IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robyn Mundy,                              :
                                          :
            Plaintiff(s),                 :
                                          :   Case Number: 1:11cv834
      vs.                                 :
                                          :   Chief Judge Susan J. Dlott
Commissioner of Social Security,          :
                                          :
            Defendant(s).                 :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on February 4, 2013 (Doc. 21), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired February 22, 2013, hereby

ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for

further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

 

 

 

      s/Susan J. Dlott            
Chief Judge Susan J. Dlott
United States District Court